D.I. # _____

# CIVIL ACTION NUMBER: 08cv203 SLR

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

| | | |
|---|---|---|
| Postage | $ | 2.18 |
| Certified Fee | | 1.05 |
| Return Receipt Fee (Endorsement Required) | | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 5.55 |

Postmark Here

Article number: 7007 1490 0002 7862 5200

Sent To: LOREN MEYERS
DEPUTY ATTORNEY GENERAL
DEPARTMENT OF JUSTICE
820 N. FRENCH STREET
WILMINGTON, DE 19801

PS Form 3800, August 2006    See Reverse for Instructions

2008 APR 25 PM 3:02
FILED
CLERK, U.S. DISTRICT COURT
DISTRICT OF DELAWARE