D.I. # _____

# CIVIL ACTION NUMBER: 08cv203 SLR

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

| | |
|---|---|
| Postage | $ 2.18 |
| Certified Fee | 1.05 |
| Return Receipt Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.55 |

Postmark Here

Sent To: John L. Webb Correctional Facility
Elizabeth Neal
Acting Warden
Street, Apt. No.; or PO Box No.: 200 Greenbank Road
City, State, ZIP+4: Wilmington, DE 19808

PS Form 3800, August 2006    See Reverse for Instructions

7007 0220 0002 3321 4509

2008 APR 25 PM 3:02
FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE