IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **DANIEL J. ANKER,** : | |
|    Petitioner, : | |
| : | |
|       v. : | Civil Action No. 08-203 SLR |
| : | |
| **ELIZABETH NEAL**, Acting Warden, : | |
| John L. Webb Correctional Facility, : | |
| and **JOSEPH R. BIDEN, III,** Attorney : | |
| General of the State of Delaware, : | |
|    Respondents. : | |

**STIPULATION**

IT IS HEREBY STIPULATED, by and between the undersigned, subject to the approval of the Court, as follows:

1. The Petitioner shall file a Brief and Appendix in support of the allegations in the Petition on or before June 30, 2008.

2. The Respondents shall file their Response to the Petition and Brief in accordance with the Court's Order dated April 21, 2008 (D.I. 2) on or before August 17, 2008.

3. Each of the parties reserves the right to request that the Court hold an evidentiary hearing concerning the allegations in the Petition.

| | |
|---|---|
| */s/ Elizabeth R. McFarlan* | */s/ Joseph M. Bernstein* |
| ELIZABETH R. McFARLAN (#3759) | JOSEPH M. BERNSTEIN (#780) |
| Deputy Attorney General | 800 N. King Street - Suite 302 |
| Department of Justice | Wilmington, DE 19801 |
| 820 N. French Street | 302-656-9850 |
| Wilmington, DE 19801 | Attorney for Petitioner |
| 302-577-8500 | |
| Attorney for Respondent | |

SO ORDERED this ____ day of _____, 2008

_____
Sue L. Robinson,  District Judge