IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **DANIEL J. ANKER**, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) C.A. No. 08-203-SLR |
| | ) |
| **ELIZABETH NEAL**, Acting Warden, | ) |
| and **JOSEPH R. BIDEN, III**, Attorney | ) |
| General of the State of Delaware, | ) |
| | ) |
| Respondents. | ) |

## ENTRY OF APPEARANCE

Deputy Attorney General Elizabeth R. McFarlan hereby enters her appearance on behalf of respondents Elizabeth Neal and Joseph R. Biden, III.

        STATE OF DELAWARE
        DEPARTMENT OF JUSTICE

        **/s/Elizabeth R. McFarlan**
        Del. Bar ID No. 3759
        Deputy Attorney General
        820 North French Street
        Carvel State Building
        Wilmington, Delaware 19801
        (302) 577-8500

Dated: June 24, 2008