IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **DANIEL J. ANKER,** <br>    Petitioner, <br> <br>       v. <br> <br> **ELIZABETH NEAL**, Acting Warden, <br> John L. Webb Correctional Facility, <br> and **JOSEPH R. BIDEN, III,** Attorney <br> General of the State of Delaware, <br>    Respondents. | : <br> : <br> : <br> : Civil Action No.  08-203 SLR <br> : <br> : <br> : <br> : <br> : <br> : |

NOTICE OF CHANGE OF ADDRESS

    **PLEASE TAKE NOTICE** that effective August 1, 2008, the office and mailing address of the undersigned will be:

        Joseph M. Bernstein, Esquire
        800 N. King Street - Suite 303
        Wilmington, DE 19801

    The telephone, fax and e-mail will remain the same.

                                        */s/ Joseph M. Bernstein*
                                        JOSEPH M. BERNSTEIN (#780)
                                        800 N. King Street - Suite 302
                                        Wilmington, DE 19801
                                        302-656-9850
                                        302-656-9836 (Fax)
                                        E-mail: jmbernstein@embarqmail.com
                                        Attorney for Petitioner

Dated: July 28, 2008