## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **DANIEL J. ANKER**, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | C.A. No. 08-203-SLR |
| | ) | |
| **ELIZABETH NEAL**, Acting Warden, | ) | |
| and **JOSEPH R. BIDEN, III**, Attorney | ) | |
| General of the State of Delaware, | ) | |
| | ) | |
| Respondents. | ) | |

## MOTION FOR EXTENSION OF TIME

Pursuant to Rule 6 of the Federal Rules of Civil Procedure, respondents move for an extension of time in which to file an answering brief.  In support thereof, respondents state the following:

1.    The petitioner, Daniel J. Anker, has applied for federal habeas relief, challenging his 2005 convictions by a Delaware Superior Court jury for nine counts of felony theft and one count of second degree conspiracy.  D.I. 1.  The answering brief is due to be filed on August 18, 2008.

2.    Counsel for respondents has done substantial work on the answer.  Counsel, however, is currently under the weather.  In addition, since agreeing to the briefing schedule, counsel was scheduled to present oral argument in the Delaware Supreme Court next week.  As a result, additional time is needed to file the answer.

3.    Under Habeas Rule 4, the Court has the discretion to give respondents an extension of time exceeding the 40-day limit in Civil Rule 81(a)(2).  *Clutchette v. Rushen*, 770 F.2d 1469, 1473-74 & n.4 (9th Cir. 1985); *Kramer v. Jenkins*, 108 F.R.D. 429, 431-32 (N.D. Ill. 1985).  The comment to Rule 4 expressly states that the district court has "the discretion to take into account various

factors such as the respondents' workload" in determining the period of time that should be allowed to answer the petition.

     4.      This is respondents' first request for an extension of time to file an answer.

     5.      Respondents submit that an extension of time to and including August 27, 2008 in which to file an answer is reasonable.  Respondents submit herewith a proposed order.


                                   /s/ Elizabeth R. McFarlan
                                   Deputy Attorney General
                                   Del. Bar. ID No. 3759
                                   Department of Justice
                                   820 N. French Street
                                   Wilmington, DE 19801
                                   (302) 577-8500

DATE: August 13, 2008

## RULE 7.1.1 CERTIFICATION

I hereby certify that counsel for the petitioner, Joseph M. Bernstein, Esquire, has been contacted and he has no objection to the subject matter of this motion.


/s/ Elizabeth R. McFarlan
Deputy Attorney General

Counsel for Respondents


Date:  August 13, 2008

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **DANIEL J. ANKER**, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | C.A. No. 08-203-SLR |
| | ) | |
| **ELIZABETH NEAL**, Acting Warden, | ) | |
| and **JOSEPH R. BIDEN, III**, Attorney | ) | |
| General of the State of Delaware, | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER

This _____day of _____, 2008,

WHEREAS, respondents having requested an extension of time in which to file an answer, and

WHEREAS, it appearing to the Court that the requested extension is timely made and good cause has been shown for the extension,

IT IS HEREBY ORDERED that respondents' answering brief shall be filed on or before August 27, 2008.


_____
United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on August 13, 2008, I electronically filed a motion for extension of time

with the Clerk of Court using CM/ECF which will send notification of such filing to:

Joseph M. Bernstein, Esq.
800 North King Street, Suite 303
Wilmington, DE 19801


/s/ Elizabeth R. McFarlan
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 3759
elizabeth.mcfarlan@state.de.us