IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **DANIEL J. ANKER**, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | C.A. No. 08-203-SLR |
| | ) | |
| **ELIZABETH NEAL**, Acting Warden, | ) | |
| and **JOSEPH R. BIDEN, III**, Attorney | ) | |
| General of the State of Delaware, | ) | |
| | ) | |
| Respondents. | ) | |

**NOTICE OF FILING OF STATE COURT RECORDS**

1. Notice is hereby given that certified copies of the following Delaware Supreme Court documents have been manually filed with the Court and are available in paper form only:

    a. Appellant's Opening Brief & Appendix (No. 552, 2005)

    b. State's Answering Brief & Appendix (No. 552, 2005)

    c. Appellant's Reply Brief (No. 552, 2005)

    d. Order (October 31, 2006) (No. 552, 2005)

    e. Appellant's Motion for Reargument (No. 552, 2005)

    f. Order (December 5, 2006) (No. 552, 2005)

    g. Appellant's Opening Brief & Appendix (No. 412, 2007)

    h. State's Answering Brief (No. 412, 2007)

    i. Appellant's Reply Brief (No. 412, 2007)

    j. Order (January 9, 2008).

    /s/ Elizabeth R. McFarlan
Deputy Attorney General (Del. Bar. ID #. 3759)
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
elizabeth.mcfarlan@state.de.us

August 27, 2008

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 27, 2008, I electronically filed a notice of filing of state court records with the Clerk of Court using CM/ECF and manually filed the state court records referenced therein.  I also hereby certify that on August 27, 2008, I have mailed by United States Service, one copy of the documents referenced therein to:

    Joseph M. Bernstein, Esq.
    Suite 303
    800 N. King Street
    Wilmington, DE 19801

    /s/ Elizabeth R. McFarlan
    Deputy Attorney General
    Department of Justice
    820 N. French Street
    Wilmington, DE 19801
    (302) 577-8500
    Del. Bar. ID No. 3759
    elizabeth.mcfarlan@state.de.us